IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-1959-AP**

**WILDEARTH GUARDIANS,**

    Petitioner,

v.

**STEVE GUERTIN, in his official capacity as director
of U.S. Fish & Wildlife Service's Mountain-Prairie Region;** *et al.***,**

    Respondent.

## ORDER

Kane, J.

    Pursuant to the Joint Case Management Plan adopted on November 17, 2010, Respondents are to file the administrative record on January 7, 2011. Based on ongoing settlement negotiations which the parties believe may resolve the claims in this case, however, the parties have jointly moved for a stay of all proceedings in this matter for 76 days.

    The power to stay proceedings is inherent in the power "to control the disposition of the causes on [my] docket with economy of time and effort for [my]self, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). The interest of judicial economy favor the requested stay. Should the settlement negotiations prove successful, further litigation of these claims would prove unnecessary. Therefore, good cause appearing, the parties' Joint Motion to Stay all Proceedings (doc. 8) is GRANTED.

    This matter will be stayed until March 16, 2011, at which time the parties shall submit a joint status report updating me of the progress of their settlement negotiations or, alternatively,

proposing a new schedule for active litigation.

Dated:  January 3, 2011               BY THE COURT:

**/s/John L. Kane**

SENIOR U.S. DISTRICT JUDGE