IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **10-cv-1959-AP**

**WILDEARTH GUARDIANS,**

    Petitioner,

v.

**STEVE GUERTIN, in his official capacity as director of U.S. Fish & Wildlife Service's Mountain-Prairie Region;** *et al.***,**

    Respondent.

## ORDER

Kane, J.

This matter is currently before me on the parties' Stipulated Agreement and Joint Motion to Dismiss. Having reviewed the parties' stipulated settlement agreement and finding the terms contained therein proper, the motion is GRANTED and this matter is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: October 11, 2011                    BY THE COURT:

                                                   **/s/ John L. Kane**
                                                   Senior U.S. District Judge